PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Carl Robert Peterkin                                       Cr.: 15-00444-001
                                                                            PACTS #: 395802

Name of Sentencing Judicial Officer:    THE HONORABLE GUSTAVO A. GELPI
                                         UNITED STATES DISTRICT JUDGE (D/PR)

Name of Assigned Judicial Officer:      THE HONORABLE KATHARINE S. HAYDEN
                                         SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/10/2012

Original Offense:    Possession with Intent to Distribute at Least 500 Grams or More of Cocaine;
                     21 U.S.C. § 841(a)(1)

Original Sentence: 46 months imprisonment, 72 months supervised release

Special Conditions: $100 Special Assessment, Financial Disclosure, and Search Condition

Type of Supervision: Supervised Release                  Date Supervision Commenced: 09/10/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The person under supervision has violated the special supervision condition which states **"The defendant shall not commit another federal, state or local crime."**<br><br>On October 22, 2020, Peterkin was arrested by police officers assigned to the 111th Precinct, New York City Police Department (NYPD) and charged with Driving While Intoxicated, in violation of New York State Vehicle and Traffic Law 1192 Sub. 03, a Class U Misdemeanor. In addition, he was issued traffic tickets for speeding, equipment violation, failure to dim lights and refusal to take a breathalyzer test.<br><br>According to arrest report, Peterkin drove 88-mph in a 50-mph zone, and when stopped; officers allege Peterkin showed signs of alcohol consumption with watery eyes and strong alcohol odor. Peterkin refused to partake in field sobriety tests and only admitted to officers he had 2 drinks that night. The case is currently pending and the next court appearance is scheduled for January 28, 2021 at Queens Criminal Court. |

Prob 12A – page 2
Carl Robert Peterkin

**U.S. Probation Officer Action:**

The Probation Office is recommending no Court action be taken at this time. Peterkin has been expelled from the Low Intensity Unit and is pending further action upon further investigation.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By: ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

*Brendan G. Murillo*      11/23/2020
BRENDAN G. MURILLO        Date
U.S. Probation Technician

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/23/2020
Date